IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Criminal Action No. 20-mj-252 |
| ) | |
| BARRY CROFT, ) | |
| ) | |
| Defendant. ) | |

**MOTION AND ORDER TO UNSEAL CRIMINAL COMPLAINT AND FILE**

The United States of America, by and through its attorneys, David C. Weiss, United States Attorney for the District of Delaware, and Adrienne Dedjinou and Ruth Mandelbaum, Assistant United States Attorneys for the District of Delaware, moves that the Criminal Complaint and file in this case be unsealed.

Respectfully submitted,

DAVID C. WEISS,
United States Attorney

By: */s/ Ruth Mandelbaum*
Adrienne Dedjinou
Ruth Mandelbaum
Assistant United States Attorneys

Dated:   October 8, 2020

**AND NOW**, to wit, this   8th   day of   October  , 2020, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the Criminal Complaint and file in the above-captioned case be unsealed.

*Christopher J. Burke*
United States Magistrate Judge