OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

JOHN A. CERINO
Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

October 14, 2020

Clerk of Court
U.S. District Court
Western District of Michigan
399 Federal Building
110 Michigan St NW
Grand Rapids MI 49509

Dear Clerk's Office Staff:

The case of U.S. v. Barry Croft (1:20-mj-416-SJB-2) is being transferred to your court from U.S. District Court for the District of Delaware. Kindly acknowledge receipt by signing and returning a copy of this letter.

Using your PACER account, you can retrieve the docket and any unrestricted items using the Delaware case number **1:20-mj-252-1.** Since sealed documents are not uploaded to CM/ECF, we will send them to you.

Our Financial Staff has been copied with this information so they can notify you if there are any bail, passport or criminal debt matters in this case.

Your address was obtained from the Criminal Transfer Process page, hosted by the Northern District of Texas. Address changes can be made by sending an email notice to InterDistrictTransfer_TXND@txnd.uscourts.gov. If you should need anything additional, I can be reached by email or by dialing 302-573-4602.

Sincerely,

*Cailah Garfinkel*

Cailah Garfinkel
Deputy Clerk

finance/ceg

I hereby acknowledge receipt of the record in the above referenced case on _____ (date)


_____
       Signature

_____
       Title