AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | |
| Barry Croft | ) | Case No. 1:20-mj-416 |
| | ) | |
| Defendant | ) | |

20-252m

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Barry Croft                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to commit kidnapping violation of 18 USC 1201(c)

FILED
OCT 26 2020
U.S. DISTRICT COURT DISTRICT OF DELAWARE

Date: 10/06/2020

_____
Judge's signature

City and state:  Grand Rapids, Michigan        Sally J. Berens, United States Magistrate Judge
                                               *Printed name and title*

### Return

This warrant was received on *(date)* 10/6/2020, and the person was arrested on *(date)* 10/07/2020
at *(city and state)* Swedesboro, NJ.

Date: 10/7/2020

_____
Arresting officer's signature

Kristopher M Long   Special Agent
*Printed name and title*